UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID EISENBACH, GEORGE H.
EISENBACH, JOANNE EISENBACH,
JENNIFER YOUNG, DANA CARINI,
JONATHAN D. CHAMPLIN, ANNE
CHAMPLIN, RAYMOND H. CHAMPLIN,
KENNETH LEVINE, CATHERINE POLERA,
JULIEN DAVIES, HOPE ROGERS, PHIL
WEISS, CYNTHIA KING, JO MANGO, and
LAURALEE HOLMBO
                        Plaintiffs,
v.

VILLAGE OF NELSONVILLE; VILLAGE OF
NELSONVILLE ZONING BOARD OF
APPEALS; VILLAGE OF NELSONVILLE
PLANNING BOARD; WILIAM BUJARSKI,
as Building Inspector of the Village of
Nelsonville; HOMELAND TOWERS, LLC;
NEW YORK SMSA LIMITED
PARTNERSHIP d/b/a VERIZON WIRELESS;
and NEW CINGULAR WIRELESS PCD LLC
d/b/a AT&T MOBILITY,
                        Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 8566 (VB)

    On February 24, 2021, the Court a Notice of Initial Conference. (Doc. #31). That Order is VACATED.

    To be clear, the Court **will not** hold an Initial Conference on March 25, 2021 at 10:30 a.m.

Dated: February 25, 2021
      White Plains, NY

SO ORDERED:

*Vincent Briccetti* (signature)

Vincent L. Briccetti
United States District Judge

1