UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID EISENBACH, GEORGE H.
EISENBACH, JOANNE EISENBACH,
JENNIFER YOUNG, DANA CARINI,
ROSMARIE OLSHAKOSKI, MICHAEL
OLSHAKOSKI, JONATHAN D. CHAMPLIN,
ANNE CHAMPLIN, RAYMOND H.
CHAMPLIN, KENNETH LEVINE,
CATHERINE POLERA, JULIEN DAVIES,
HOPE ROGERS, PHIL WEISS, CYNTHIA
KING, JO MANGO, and LAURALEE
HOLMBO
       Plaintiffs,

v.

VILLAGE OF NELSONVILLE; VILLAGE OF
NELSONVILLE ZONING BOARD OF
APPEALS; VILLAGE OF NELSONVILLE
PLANNING BOARD; WILIAM BUJARSKI,
as Building Inspector of the Village of
Nelsonville; HOMELAND TOWERS, LLC;
NEW YORK SMSA LIMITED
PARTNERSHIP d/b/a VERIZON WIRELESS;
and NEW CINGULAR WIRELESS PCD LLC
d/b/a AT&T MOBILITY,
       Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 8566 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2021

For the reasons stated on the record at a hearing today conducted by telephone conference and attended by counsel for all parties, plaintiffs' motion, pursuant to Fed. R. Civ. P. 65, for a preliminary injunction and temporary restraining order is DENIED.

The Clerk is instructed to terminate the motion. (Doc. #45).

Dated: March 25, 2021
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge