**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAVID EISENBACH, GEORGE H. EISENBACH,
JOANNE EISENBACH, JENNIFER YOUNG,
DANA CARINI, ROSEMARIE OLSHAKOSKI,
MICHAEL OLSHAKOSKI, JONATHAN D.
CHAMPLIN, ANNE CHAMPLIN, RAYMOND
H. CHAMPLIN, KENNETH LEVINE, CATHERINE
POLERA, JULIEN DAVIES, HOPE ROGERS, PHIL
WEISS, CYNTHIA KING, JO MANGO, and
LAURALEE HOLMBO,

                                    Plaintiffs,

              -against-

VILLAGE OF NELSONVILLE; VILLAGE OF
NELSONVILLE ZONING BOARD OF APPEALS;
VILLAGE OF NELSONVILLE PLANNING BOARD;
WILLIAM BUJARSKI, as Building Inspector of the
Village of Nelsonville; HOMELAND TOWERS, LLC;
NEW YORK SMSA LIMITED PARTNERSHIP d/b/a
VERIZON WIRELESS; and NEW CINGULAR
WIRELESS PCD LLC d/b/a AT&T,

                                    Defendants.
-------------------------------------------------------------X

| |
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/1/2021 |

20 **CIVIL** 8566 (VB)

## **JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated November 1, 2021, Defendants' motion to dismiss

is granted; accordingly, the case is closed.

**Dated:**  New York, New York

              November 1, 2021

                              **RUBY J. KRAJICK**
                              _____
                              **Clerk of Court**
               **BY:**        *KMango*
                              _____
                              **Deputy Clerk**